**Fill in this information to identify the case:**

Debtor name __Border Medical Specialists, P.A._____

United States Bankruptcy Court for the: __Western_____  District of __Texas____
(State)

Case number (If known): __16-30078_____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service  P. O. Box 7346  Philadelphia, PA 19101 | | Taxes | | | | Unknown |
| 2 | Accelerator Service and Parts  c/o Stuart Schwartz, Esq.  201 E Main Street  El Paso, TX 79901 | | Trade Debt | | | | Unknown |
| 3 | El Paso Central Appraisal District  5801 Trowbridge Drive  El Paso, Texas 79925 | | Property Taxes | | | | Unknown |
| 4 | Key Equipment Finance, Inc.  c/o Clyde Pine  Stanton Tower, 100 N Stanton #1000  El Paso, TX 79901 | | Trade Debt | | | | Unknown |
| 5 | Texas Workforce Commission  TWC Building - Regulatory Integrity Division  101 East 15th Street  Austin, TX 78778, | | Notice Only | | | | |
| 6 | Office of the Texas Attorney General  Bankruptcy and Collections Division  PO Box 12548 MC-008  Austin, Texas 78711-2548 | | Notice Only | | | | |
| 7 | Texas Comptroller of Public Accounts  Revenue Accounting Division - Bankruptcy Section  P.O. Box 13528  Capitol Station Austin, TX 78711 | | Notice Only | | | | |
| 8 | | | | | | | |

Debtor _____ Case number (*if known*)_____
　　　　　*Name*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |