**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**TRIAL ATTORNEY**
**615 E. HOUSTON, RM. 533**
**SAN ANTONIO, TX 78205**
**Telephone: (210) 472-4640**
**Facsimile: (210) 472-4649**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BORDER MEDICAL SPECIALISTS, PA | § | CASE NO. 16-30078-HCM |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR IN POSSESSION | § | |

**REPORT OF THE UNITED STATES TRUSTEE OF**
**INABILITY TO APPOINT A CREDITORS' COMMITTEE**

COMES NOW Judy A. Robbins, the United States Trustee for Region 7 ("UST"), who, by and through the undersigned attorney respectfully reports as follows:

1. The voluntary petition in this case under chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, et seq.) was filed on January 19, 2016.

2. The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims (Creditors' Committee) pursuant to 11 U.S.C. § 1102(a)(1).

3. The United States Trustee has attempted to solicit creditors interested in serving on a Creditors' Committee from the 20 largest unsecured creditors. The United States Trustee, however, has not received sufficient interest from creditors to form a Creditors' Committee.

THEREFORE, the United States Trustee has been unable to appoint a Creditors' Committee as contemplated by 11 U.S.C. § 1102.

    Respectfully submitted,

    JUDY A. ROBBINS  
    UNITED STATES TRUSTEE  
    REGION 7

    By: //s//Kevin M. Epstein  
        Kevin M. Epstein  
        Trial Attorney  
        Texas Bar No. 00790647  
        615 E. Houston, Rm. 533  
        San Antonio, TX 78205  
        (210) 472-4640  
        (210) 472-4649 Fax  
        Kevin.M.Epstein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing United States Trustee's Report of Inability to Appoint a Creditors' Committee was served upon the parties on the attached list by United States Mail, first class, postage prepaid and/or by electronic means for all Pacer System participants, on this the 11th day of March, 2016.

    //s//Kevin M. Epstein  
    Kevin M. Epstein

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101 | Accelerator Service and Parts<br>c/o Stuart Schwartz, Esq.<br>201 E. Main St.<br>El Paso, TX  79901 | El Paso Central Appraisal District<br>5801 Trowbridge Dr.<br>El Paso, TX  79925 |
| Key Equipment Finance, Inc.<br>c/o Clyde Pine<br>100 N. Stanton, #1000, Stanton Tower<br>El Paso, TX  79901 | Texas Workforce Commission<br>TWC Building Regulatory Integrity Div.<br>101 East 15th St.<br>Austin, TX  78778 | Office of the Texas Attorney General<br>Bankruptcy and Collections Division<br>PO Box 12548 MC-008<br>Austin, TX  78711 |
| Texas Comptroller of Public Accounts<br>Revenue Accounting Div-Bankruptcy<br>PO Box 13528<br>Capitol Station Austin, TX  78711 | Carlos Miranda<br>Miranda & Maldonado, P.C.<br>5915 Silver Springs, Bldg. 7<br>El Paso, TX  79912 | Border Medical Specialists, PA<br>1400 George Dieter Dr., # 170<br>El Paso, TX  79936 |